**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**DEJESUS SERRANO CANDIDO,** :

     **Petitioner** :

                 **CIVIL ACTION NO. 3:19-0231**

**v.** :

                **(Judge Mannion)**

**DAVID J. EBBERT,** :

     **Respondent** :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion to proceed *in forma pauperis* (Doc.9) is **GRANTED** only for purposes of filing the petition.

2. The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED** without prejudice to any right Petitioner may have to reassert his instant claims in a properly filed civil rights action.

3. The Clerk of Court shall **CLOSE** the above captioned case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 18, 2019**